**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MASONS & PLASTERERS WELFARE FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS, <br><br> and <br><br> MASONS & PLASTERERS PENSION FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS, <br><br> and <br><br> RICHARD RASMUSSEN, RICHARD LAUBER, RICHARD PORTER, DAVID SABO, TIMOTHY AIKENS, and MICHAEL HOOPER, as Trustees of the Masons & Plasterers Welfare Fund, Local 56, DuPage County, Illinois, <br><br> and <br><br> MICHAEL ALORE, TIMOTHY AIKENS, LARS ESPELAND, STEVEN NELMS, RICHARD LAUBER, RICHARD PORTER, and DAVID SABO, as Trustees of the Masons & Plasterers Pension Fund, Local 56, DuPage County, Illinois, <br><br> Plaintiffs, <br><br> v. <br><br> DJM CONSTRUCTION & REMODELING, INC., an Illinois Corporation, <br><br> Defendant. | Case No.  08 CV 2873 <br><br> Judge Kendall |

**NOTICE OF MOTION**

To:    See attached service list

481048.1

PLEASE TAKE NOTICE that on June 16, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kendall, or any judge sitting in his stead, in Courtroom 2319 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Plaintiff's Motion for Leave to File an Amended Complaint, a copy of which is attached hereto and served upon you.

Respectfully submitted,
PLAINTIFFS,

By:/s/ Joshua M. Bernstein
One of their attorneys

Arthur M. Holtzman
Paul Altman
Joshua M. Bernstein
PEDERSEN & HOUPT, P.C.
161 N. Clark St., Suite 3100
Chicago, IL  60601-3224
(312) 641-6888

481048.1

## CERTIFICATE OF SERVICE

I, Joshua M. Berstein, an attorney, states that he served a copy of the foregoing Motion for Leave

to File an Amended Complaint, upon the following counsel of record:


DJM Construction & Remodeling, Inc.
c/o Jolanta Korzen as Registered Agent
2534 Allison
Glenview, IL 60025


via regular mail by enclosing a true and correct copy thereof in a duly-addressed, postage
prepaid envelope, and depositing same in the United States mail at 161 N. Clark St., Chicago,
Illinois 60601 on this 4th day of June 2008.


By: /s/ Joshua M. Bernstein

481048.1