UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Masons & Plasterers Welfare Fund, Local 56, et al.
                                                Plaintiff,

v.                                                            Case No.:
                                                               1:08−cv−02873
                                                               Honorable Virginia
                                                               M. Kendall

DJM Construction & Remodeling, Inc.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's motion for leave to file an amended complaint naming the proper party defendant [7] is granted. Plaintiffs are directed to effect service of the amended complaint and file a return on service with the Clerk of Court forthwith. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.