UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONS & PLASTERERS WELFARE FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS,<br><br>and<br><br>MASONS & PLASTERERS PENSION FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS,<br><br>and<br><br>RICHARD RASMUSSEN, RICHARD LAUBER, RICHARD PORTER, DAVID SABO, TIMOTHY AIKENS, and MICHAEL HOOPER, as Trustees of the Masons & Plasterers Welfare Fund, Local 56, DuPage County, Illinois,<br><br>and<br><br>MICHAEL ALORE, TIMOTHY AIKENS, LARS ESPELAND, STEVEN NELMS, RICHARD LAUBER, RICHARD PORTER, and DAVID SABO, as Trustees of the Masons & Plasterers Pension Fund, Local 56, DuPage County, Illinois,<br><br>Plaintiffs,<br><br>v.<br><br>D.J.M. CONSTRUCTION, INC., an Illinois Corporation,<br><br>Defendant. | Case No. 08 CV 2873<br><br>Judge Kendall |

## NOTICE OF FILING

To:   See attached service list

    PLEASE TAKE NOTICE that on **Tuesday, June 10, 2008**, we will cause to be filed with

481432.1

the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFFS' AMENDED COMPLAINT**, a copy of which is served upon you.

                                        Respectfully submitted,
                                        PLAINTIFFS,

                                        By:/s/ Joshua M. Bernstein
                                            One of their attorneys

Arthur M. Holtzman
Paul Altman
Joshua M. Bernstein
PEDERSEN & HOUPT, P.C.
161 N. Clark St., Suite 3100
Chicago, IL  60601-3224
(312) 641-6888

481432.1

## CERTIFICATE OF SERVICE

I, Joshua M. Berstein, an attorney, states that he served a copy of the foregoing **PLAINTIFFS'**

**AMENDED COMPLAINT**, upon the following counsel of record:


D.J.M. Construction, Inc.
c/o David Johnson, as Registered Agent
13162 W. 159th St.
Homer Glen, IL 60491


via regular mail by enclosing a true and correct copy thereof in a duly-addressed, postage prepaid envelope, and depositing same in the United States mail at 161 N. Clark St., Chicago, Illinois 60601 on this 10th day of June 2008.

By: /s/ Joshua M. Bernstein

481432.1