## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MASONS & PLASTERERS WELFARE FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS, </br></br>and</br></br>MASONS & PLASTERERS PENSION FUND, LOCAL 56, DUPAGE COUNTY, ILLINOIS,</br></br>and</br></br>RICHARD RASMUSSEN, RICHARD LAUBER, RICHARD PORTER, DAVID SABO, TIMOTHY AIKENS, and MICHAEL HOOPER, as Trustees of the Masons & Plasterers Welfare Fund, Local 56, DuPage County, Illinois,</br></br>and</br></br>MICHAEL ALORE, TIMOTHY AIKENS, LARS ESPELAND, STEVEN NELMS, RICHARD LAUBER, RICHARD PORTER, and DAVID SABO, as Trustees of the Masons & Plasterers Pension Fund, Local 56, DuPage County, Illinois,</br></br>      Plaintiffs,</br></br>      v.</br></br>D.J.M. CONSTRUCTION, INC., an Illinois Corporation,</br></br>      Defendant. | Case No.  08 CV 2873</br></br>Judge Kendall |

## NOTICE OF FILING

To:   See attached service list

483538v1

      PLEASE TAKE NOTICE that on **Wednesday, July 16, 2008**, we will cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **AFFIDAVIT OF SPECIAL PROCESS SERVER**, a copy of which is served upon you.

                                          Respectfully submitted,
                                          PLAINTIFFS

                                          By: /s/ Joshua M. Bernstein
                                              One of their attorneys

Arthur M. Holtzman
Paul Altman
Joshua M. Bernstein
PEDERSEN & HOUPT, P.C.
161 N. Clark St., Suite 3100
Chicago, IL 60601-3224
(312) 641-6888

483538v1

## CERTIFICATE OF SERVICE

    I, Joshua M. Berstein, an attorney, state that I served a copy of the foregoing **AFFIDAVIT OF SPECIAL PROCESS SERVER**, upon the following counsel of record:

D.J.M. Construction, Inc.
c/o David Johnson, as Registered Agent
13162 W. 159th St.
Homer Glen, IL 60491

via regular mail by enclosing a true and correct copy thereof in a duly-addressed, postage prepaid envelope, and depositing same in the United States mail at 161 N. Clark St., Chicago, Illinois 60601 on this 16th day of July 2008.

                                        By: /s/ Joshua M. Bernstein