# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Masons & Plasterers Welfare Fund, Local 56, et al.

                                                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02873

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

D.J.M. Construction, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 8/19/2008 at 09:00 AM. Mr. Bernstein's oral motion for leave to withdraw as counsel of record for plaintiffs is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.