# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Masons & Plasterers Welfare Fund, Local 56, et al.

                    Plaintiff,

v.                                     Case No.: 1:08−cv−02873

                                             Honorable Virginia M. Kendall

D.J.M. Construction, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant fails to appear.Status hearing held and continued to 9/18/2008 at 09:00 AM. Plaintiff reports they have a tentative settlement.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.